THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office
GREGORY W. STAPLES
Assistant United States Attorney
California Bar Number: 155505
CRAIG H. MISSAKIAN
California Bar Number: 125202
    United States Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3535
    Facsimile: (714) 338-3564
    E-mail address: greg.staples@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SA CR No. 05-293(B)-CJC |
| Plaintiff, | ) ORDER DISMISSING INDICTMENT AND FIRST SUPERSEDING INDICTMENT |
| v. | ) |
| CHI MAK, et al., | ) |
| Defendants. | ) |

Upon the government's motion, the Indictment and First Superseding Indictment in this case are dismissed as to defendant Chi Mak only.

Dated: April 7, 2008

_____
HON. CORMAC J. CARNEY
United States District Judge