**FILED**

## UNITED STATES COURT OF APPEALS

FEB 06 2015

### FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

CHI MAK, AKA Dazhi Mai, AKA Daichi
Mak, AKA Jack Mak, AKA Taichi Mak,

        Defendant - Appellant.

No. 14-56208

D.C. Nos.    8:14-cv-00075-CJC
                 8:05-cr-00293-CJC-1

Central District of California,
Santa Ana

ORDER



**RECEIVED**
CLERK, U.S. DISTRICT COURT

2/6/15

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ MAT ____ DEPUTY

Before:    CANBY and M. SMITH, Circuit Judges.

      The request for a certificate of appealability is denied.  *See* 28 U.S.C.

§ 2253(c)(2).  Any pending motions are denied as moot.