AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
CALLIE GLANTON STEELE (Bar No. 155442)
Senior Litigator
(E-Mail: Callie_Steele@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CHI MAK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-293-CJC |
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SETTING BRIEFING AND HEARING SCHEDULE; DECLARATION OF COUNSEL** |
| v. | |
| CHI MAK, | |
| Defendant. | |

Defendant Chi Mak, through his counsel of record, Senior Litigator Callie Glanton Steele, hereby applies *ex parte* and for an order setting the briefing and hearing schedule for his compassionate release motion.

//
//
//
//
//
//

1

1  This ex parte application is based upon the attached declaration of counsel, all
2  files and records in this case, and any other information that may be presented to this
3  Court at a hearing on this matter.

                                                  Respectfully submitted,

                                                  AMY M. KARLIN
                                                  Interim Federal Public Defender

DATED: May 26, 2020           By  */s/ Callie Glanton Steele*
                                                    CALLIE GLANTON STEELE
                                                    Senior Litigator
                                                    Attorney for CHI MAK

# DECLARATION OF CALLIE GLANTON STEELE

I, Callie Glanton Steele, declare:

1. I am the Senior Litigator with the Office of the Federal Public Defender for the Central District of California and our office has been appointed to represent Chi Mak in this matter.

2. I have conferred with Assistant United States Attorney Gregory Staples, and on Tuesday, May 26, 2020, he indicated that the government does not oppose my request to have the briefing and hearing schedule set as requested.

3. For these reasons, I am requesting that the briefing and hearing schedule be set as follows:

Motions filed:  Wednesday, May 27, 2020

Oppositions filed:  Monday, June 1, 2020

Replies filed:  Wednesday, June 3, 2020

Video or Teleconference Hearing on Motion:

Monday, June 8, 2020, at 9:00 a.m.

Executed on May 26, 2020, at Los Angeles, California.

*/s/ Callie Glanton Steele*
CALLIE GLANTON STEELE
Senior Litigator

3