NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Chief, Criminal Division
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
GREGORY W. STAPLES (CBN No. 155505)
Assistant United States Attorney
    United States Courthouse
    411 West Fourth Street
    Santa Ana, California 92701
    Telephone: (714) 338-3535
    Facsimile: (714) 338-3523
    E-mail:  greg.staples@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SACR 05-293-CJC |
|     Plaintiff, | DECLARATION OF JAMES E. GAYLORD |
|     v. | |
| CHI MAK, | |
|     Defendant. | |

I, James E. Gaylord, declare as follows:

1.    From 1985 to 2017, I was an FBI Special Agent. I was the case agent for the entire length of the FBI investigation and prosecution of Chi Mak and his co-conspirators.

2.    On October 14, 2014, I and Special Agent N. Gunnar Newquist of the Naval Criminal Investigative Service (NCIS)

visited Chi Mak during his incarceration at the Lompoc Federal Correctional Institution. The purpose of our visit was to interview Mr. Mak to seek his assistance in gathering more information on Chinese intelligence gathering efforts and methods. We asked Mr. Mak if he was willing to speak with us, that it was entirely voluntary, and he agreed. Mr. Mak told us he was not represented by an attorney and had no ongoing matters with the government in this case. We explained why we had come to speak with him.

3. Mr. Mak stated that he was entirely innocent of the charges he was earlier convicted of, that the government had unfairly targeted him from the outset, and was out to get him because he was ethnic Chinese and it fit the desired U.S. government narrative regarding espionage by China. Furthermore, Chi Mak retracted previous statements he had made to the FBI and NCIS shortly after his arrest in 2005, by denying that he had ever made them. One example was his denial of ever acknowledging that the reassembled trash tasking lists used in evidence against him were recovered from his discarded trash. He claimed they were planted in his trash. In 2005 he admitted these lists were in his trash and he provided justification for why they were in his trash. In 2014, he denied ever making that admission. I also notified Chi Mak that months earlier I had interviewed his younger brother and co-conspirator Tai Wang Mak, and that Tai told me the Chinese government had sent Chi Mak to the United States with the tasking to send sensitive U.S. data back to China, and that Chi Mak had asked Tai for help in transferring Chi Mak's information to Chinese officials, which

Tai Mak did. Chi Mak responded that what I said could not be true, and that Tai Mak would never have said that. Tai Mak did in fact make those admissions to me when I interviewed him.

4. At no time did Chi Mak express any remorse or apology for his actions or role which resulted in his incarceration, and emphatically and repeatedly denied that he was in any way guilty of, or responsible for, any illegal acts.

I declare under penalty of perjury the foregoing is true and correct. Executed on June 3, 2020, at Fullerton, California.

JAMES E. GAYLORD